SEALED

BENJAMIN B. WAGNER
United States Attorney
BRIAN DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000
(559) 497-4099 FAX

VANITA GUPTA
Principal Deputy Assistant Attorney General
SAMANTHA TREPEL
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-3204
(202) 514-8336 FAXJ

Attorneys for Plaintiff
United States of America

FILED
SEP 24 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTIN WHITTINGTON,<br>Defendant. | CASE NO. 1:15 CR 00265 AWI BAM<br><br>42 U.S.C. § 3631 – Interference with Housing Rights<br>18 U.S.C. § 924(c) – Use of a Firearm During a Crime of Violence<br>26 U.S.C. §5861 – Unlawful Possession of a Firearm<br>18 U.S.C. § 1001 – False Statements |

**INDICTMENT**

**INTRODUCTION:**

At all times relevant to this Indictment:

1. Defendant JUSTIN WHITTINGTON lived in Oildale, California.

2. J.N. a Latino man, lived with his wife and children in Oildale, California.

///

///

**<u>COUNT ONE</u>: [42 U.S.C. § 3631 – Interference with Housing Rights]**

The Grand Jury further charges that on or about December 19, 2012, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

by force and threat of force, willfully intimidated and interfered with, and attempted to injure, intimidate, and interfere with J.N. because of his race, color, and national origin and because he was occupying a dwelling. Specifically, defendant WHITTINGTON, while shouting racist slurs at J.N., fired a shotgun while J.N. and his family were standing outside their home.

All in violation of Title 42, United States Code, Section 3631(a).

**<u>COUNT TWO</u>: [18 U.S.C. § 924(c) – Use of a Firearm During a Crime of Violence]**

The Grand Jury further charges that on or about December 19, 2012, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

knowingly used, discharged, carried, and brandished a firearm, namely a short-barreled shotgun, during and in relation to a crime of violence, specifically the willful intimidation and interference with, and attempted intimidation and interference with J.N., by force and threat of force, because of his race, color, and national origin and because he was occupying a dwelling, in violation of 42 U.S.C. § 3631(a), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

**<u>COUNT THREE</u>: [26 U.S.C. § 5861(d) – Unlawful Possession of a Prohibited Firearm]**

The Grand Jury further charges that on or about December 19, 2012, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

knowingly possessed a firearm, specifically a shotgun having a barrel or barrels of less than 18 inches in length, which was not registered to defendant WHITTINGTON in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

///

**<u>COUNT FOUR</u>: [18 U.S.C. § 1001 – False Statements]**

The Grand Jury further charges that on or about April 18, 2014, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

knowingly and willfully made false, fictitious, and fraudulent statements to a Special Agent of the Federal Bureau of Investigation (FBI) concerning facts material to a matter being investigated by the FBI, an agency of the United States. Specifically, defendant WHITTINGTON claimed that on the evening of December 19, 2012:

(1) a person known to Whittington as "Charlie" offered WHITTINGTON $1000 to keep "Charlie's" sawed-off shotgun in the trunk of defendant WHITTINGTON's vehicle; and

(2) defendant Whittington accepted a sawed off shotgun from "Charlie" and placed the shotgun into the trunk of Whittington's vehicle.

///

///

///

///

///

///

///

///

///

///

These statements were false, in that defendant WHITTINGTON knew at the time he made the statements to the FBI, that in fact on the evening of December 19, 2012:

(1) defendant Whittington was already in possession of a sawed off shotgun; and

(2) defendant Whittington did not receive a sawed off shotgun from a person named "Charlie"

All in violation of Title 18, United States Code, Section 1001.

Dated this 24th day of September, 2015.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By: Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

VANITA GUPTA
Principal Deputy Assistant Attorney General

By: /s/ SAMANTHA TREPEL
SAMANTHA TREPEL
Trial Attorney
Civil Rights Division