FILED
DEC 05 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTIN WHITTINGTON,<br>Defendants. | No. 1:15-cr-00265-DAD-BAM<br><br>VERDICT FORM |

**VERDICT FORM AND SPECIAL INTERROGATORIES**

1. As to Count One of the Indictment, we the Jury, find the Defendant Justin Whittington:

Guilty: X

Not Guilty: _____

2.A. As to Count Two of the Indictment, we the Jury, find the Defendant Justin Whittington:

Guilty: X

Not Guilty: _____

(If your answer to Question 2A is "Guilty," you must answer Questions B through D below. Otherwise, skip Questions B through D.)

B. If you find Defendant Justin Whittington guilty of Count Two, you must also determine whether you unanimously agree that the firearm was a short-barreled shotgun. Indicate your unanimous conclusion by checking the appropriate box.

Short-barreled shotgun: X

Not Short-barreled shotgun: ____

C. If you find Defendant Justin Whittington guilty of Count Two, you must also determine whether you unanimously agree that the firearm was brandished. Indicate your unanimous conclusion by checking the appropriate line.

Brandished: X

Not Brandished: ____

D. If you find Defendant Justin Whittington guilty of Count Two, you must also determine whether you unanimously agree that the firearm was discharged. Indicate your unanimous conclusion by checking the appropriate line.

Discharged: X

Not Discharged: ____

3. As to Count Three of the Indictment, we the Jury, find the Defendant Justin Whittington:

Guilty: X

Not Guilty: ____

[signature]
Jury Foreperson's Signature

12/5/16
Date